No. 96–6455. BARNES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6474. GIANFORTUNA *v.* JABE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–355. CALDERON, WARDEN *v.* ANGELO MORALES. C. A. 9th Cir. Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–1895. ASAM *v.* DISCIPLINARY BOARD OF THE ALABAMA STATE BAR, *ante*, p. 814;

No. 95–2076. FERNANDES *v.* ROCKAWAY TOWNSHIP TOWN COUNCIL ET AL., *ante*, p. 824;

No. 95–9006. CARROLL *v.* LOCAL 144 PENSION FUND ET AL., *ante*, p. 834;

No. 95–9129. KEY *v.* CLARKE ET AL., *ante*, p. 839;

No. 95–9180. IN RE EVERETT, *ante*, p. 806;

No. 95–9218. WHITING *v.* UTAH, *ante*, p. 844;

No. 95–9229. BREWER *v.* PUCKETT, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 844;

No. 95–9297. REYNOLDS *v.* TELE-COMMUNICATIONS, INC., *ante*, p. 849;

No. 95–9408. COOPER *v.* MALONE ET AL., *ante*, p. 855;

No. 96–60. IN RE RATCLIFF, *ante*, p. 806;

No. 96–89. UNITED STATES EX REL. HAGOOD *v.* SONOMA COUNTY WATER AGENCY, *ante*, p. 865;

No. 96–283. DEE *v.* RENO, ATTORNEY GENERAL, ET AL., *ante*, p. 873;

No. 96–5074. CLAY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 877;

No. 96–5159. FIELDS *v.* AMERICAN EXPRESS CO., *ante*, p. 882;

No. 96–5311. BANKSTON ET AL. *v.* SOUTHERN FARM BUREAU CASUALTY INSURANCE CO. ET AL. (two judgments), *ante*, p. 891;

No. 96–5358. CEBALLOS *v.* UNITED STATES, *ante*, p. 893;

No. 96–5432. KONTAKIS *v.* MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL., *ante*, p. 898; and

No. 96–5934. LUCAS *v.* UNITED STATES, *ante*, p. 941. Petitions for rehearing denied.

NOVEMBER 21, 1996

No. 96–465. COLEMAN, SHAW, WILLOUS GROUP, INC., ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, CONSERVATOR FOR HOLLYWOOD FEDERAL SAVINGS BANK. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 96–6724 (A–360). BENNETT *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

NOVEMBER 27, 1996

No. 96–272. METROPOLITAN STEVEDORE CO. *v.* RAMBO ET AL. C. A. 9th Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, January 13, 1997. Briefs of respondents are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, February 12, 1997. A reply brief, if any, may be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, March 3, 1997. This Court's Rule 29.2 does not apply.

No. 96–318. RICHARDSON ET AL. *v.* McKNIGHT. C. A. 6th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, January 13, 1997. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, February 12, 1997. A reply brief, if any, may be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, March 3, 1997. This Court's Rule 29.2 does not apply.